1   GOODIN, MACBRIDE,
    SQUERI & DAY, LLP
2   Robert A. Goodin, Bar No. 061302
    rgoodin@goodinmacbride.com
3   Francine T. Radford, Bar No. 168269
    fradford@goodinmacbride.com
4   505 Sansome Street, Suite 900
    San Francisco, California 94111
5   Telephone:    (415) 392-7900
    Facsimile:    (415) 398-4321
6
    Timothy R. Shannon (*pro hac vice*)
7   tshannon@verrill-law.com
    Seth S. Coburn (*pro hac vice*)
8   scoburn@verrill-law.com
    VERRILL DANA LLP
9   One Portland Square
    Portland, ME 04101
10  Telephone     (207) 774-4000
    Facsimile:    (207) 774-7499
11
    *Attorneys for Defendant*
12  *Green Creative, LLC*

13

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN FRANCISCO
17

18
    ARGO IMPORT EXPERT, LTD.,              Case No. 3:20-cv-04882 - RS
19
                   Plaintiff,             **JOINT STIPULATION AND ORDER
20                                        CONTINUING DEADLINE TO
         v.                               RESPOND TO COMPLAINT AND
21                                        RE-SETTING INITIAL CASE
    GREEN CREATIVE, LLC,                  MANAGEMENT CONFERENCE
22                                        AS MODIFIED BY THE COURT**
                   Defendant.
23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO RESPOND TO
COMPLAINT AND RE-SETTING INITIAL CASE MANAGEMENT CONFERENCE

GOODIN, MACBRIDE, SQUERI & DAY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOODIN, MACBRIDE, SQUERI & DAY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Plaintiff Argo Import Export, Ltd. ("Argo") and defendant Green Creative, LLC, ("Green

2  Creative") hereby seek entry of the following Stipulation and Proposed Order concerning a 30-

3  day continuation of Green Creative's deadline for responding and a corresponding continuance of

4  the initial case management conference.[1] In support of their Stipulation and Proposed Order, the

5  parties state as follows:

6    On July 21, 2020, Argo filed the Complaint in the instant action alleging various Green

7  Creative tubed LED products infringe U.S. Pat. No. 10,677,397. ECF 1 (Complaint). On the

8  same day, the Court generated an Order setting forth various early case management deadlines.

9  ECF 7 (Initial Scheduling Order); *see also* ECF 12 (rescheduling). On October 7, 2020, Argo

10  served the Complaint on Green Creative. ECF 17 (Return of Service).

11    Under the current schedule, the parties must file their Rule 26(f) report on October 15,

12  2020, ECF 12, yet Green Creative's response to the complaint is not due until October 28, 2020.

13  ECF 17. Further, lead counsel for Green Creative has a two-week trial in D.Mass. beginning on

14  November 2, 2020. The parties therefore agree that a 30-day extension of the response to the

15  complaint date to November 27, 2020 would be appropriate. The parties further agree that their

16  Rule 26(f) Report should be due on or after Dec. 10, 2020 and the Court's initial case management

17  conference moved to December 17, 2020 at 10:00 am.  All parties shall appear telephonically and

18  must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to

19  arrange their participation.

20  Concurrence in this filing has been obtained from the other signatory.

22

23

24

25

26

27  [1] Green Creative has not yet responded or otherwise responded to the Complaint in this action. Without
waiving any defense concerning lack of personal jurisdiction or any other defense, Green Creative makes a
28  limited appearance for purposes of being heard on the instant Stipulation only.

CASE NO. 3:20-CV-04882 - RS
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO RESPOND TO
COMPLAINT AND RE-SETTING INITIAL CASE MANAGEMENT CONFERENCE

INSIGHT, PLC
578 Washington Blvd # 503
Marina del Rey, CA 90292
Tel: (818) 744-8714
Fax: (818) 337-0383
swritcheson@insightplc.com

GOODIN, MACBRIDE,
SQUERI & DAY, LLP
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:     (415) 392-7900
Facsimile:     (415) 398-4321
fradford@goodinmacbride.com

By: */s/Steven Whitefield Ritcheson (by permission)*

   Steven Whitefield Ritcheson

By: */s/ Francine T. Radford*

     Francine T. Radford

HENINGER GARRISON DAVIS, LLC
James F. McDonough, III (GA Bar No. 507179)
Travis E. Lynch (GA Bar No. 162373)
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339

*Attorneys for Plaintiff*
*Argo Import Export, Ltd.*

Dated: October 15, 2020

VERRILL DANA LLP
Timothy R. Shannon (*pro hac vice*)
Seth S. Coburn (*pro hac vice*)
One Portland Square
Portland, ME  04101

*Attorneys for Defendant*
*Green Creative, LLC*

**SO ORDERED**.

   Dated: 10/15/2020

By: Hon. Richard Seeborg
    United States District Judge

3845/001/X220306.v1

CASE NO. 3:20-CV-04882 - RS
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO RESPOND TO
COMPLAINT AND RE-SETTING INITIAL CASE MANAGEMENT CONFERENCE
14314420_1

GOODIN, MACBRIDE, SQUERI & DAY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO