David S. Bloch (SBN 184530)
blochd@gtlaw.com
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, California 94111
Telephone: 415.655.1300
Facsimile: 415.520.5609

Kyle Chen (SBN 239501)
kchen@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: 650.289.7887
Facsimile: 650.328.8508

*Attorneys for Plaintiff*
*Jiaxing Super Lighting Electric Appliance Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARGO IMPORT EXPORT LTD.<br><br>Plaintiff,<br><br>vs.<br><br>GREEN CREATIVE, LLC,<br><br>Defendant. | Case Number: 3:20-cv-04882-RS |
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD.<br><br>Plaintiff,<br><br>vs.<br><br>ARGO IMPORT EXPORT LTD.,<br><br>Defendant. | Case Number: 3:20-cv-06174-RS<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE BY ARGO AND SUPER LIGHTING**<br><br>Date: October 22, 2020<br>Time: 10:00 a.m.<br>Location: Via teleconference<br>Hon. Richard Seeborg |

1    Jiaxing Super Lighting Electric Appliance Co., Ltd. ("Super Lighting") and Argo Import Export Ltd. ("Argo") jointly ask the Court to continue the initial case management conference presently set for October 22 in both this case and the related case, *Argo Import Export Ltd. v. Green Creative, LLC*, Case No. 3:20-cv-04882-RS ("*Green Creative*").

    Super Lighting filed its declaratory judgment action against Argo on September 1, 2020. ECF 1. The declaratory judgment action arises out of Argo's claim in the *Green Creative* case that Green Creative infringes Argo's U.S. Patent No. 10,677,397. Super Lighting supplies Green Creative with some, but not all, of the products Argo accuses of infringement, and hence seeks a declaration that none of the Super Lighting-supplied products infringe the '397 patent. *Id*. Super Lighting's case is related to the *Green Creative* case, and the Court has put the two cases on the same schedule. *Green Creative*, ECF 16.

    Argo agreed to waive service on October 8, 2020. ECF 11. Thus, under Rule 4, Argo's deadline to respond to Super Lighting's declaratory judgment complaint is December 8, 2020. That being the case, the parties jointly ask that the Court continue the case management conference to the same date as the Green Creative case management conference.

    Argo and Green Creative already have stipulated to continue the initial case management conference to some time after December 4, 2020. *Green Creative*, ECF 23. For reasons of judicial efficiency, Super Lighting and Argo believe that the case management conference in this matter should take place at the same time. Argo and Super Lighting already have engaged in their initial Rule 26 conference, and hence discovery can proceed even if the case management conference is continued. This will ensure that the case proceeds in an orderly fashion even before the pleadings are settled.

    A continuance also is warranted because Argo is asserting the same '397 patent in *Argo Import Export, Ltd. v. MaxLite, Inc.,* U.S. District Court, Central District of California Case No. 8:20-cv-01317-JVS-JDE ("*MaxLite*"). The initial case management conference in *MaxLite* is scheduled for November 23, 2020, before Hon. James V. Selna. Super Lighting believes that a small number of the products accused of infringement in *MaxLite* are supplied indirectly by Super Lighting, and thus that the same issues raised in *Super Lighting* and in *Green Creative*, such as claim construction, may be apply to

1  portions of the *MaxLite* case. The parties will be able to inform this Court of the status of the *MaxLite*
2  case following the *MaxLite* case management conference.

3  There have been no previous continuances or extensions of time.

4  For all of these reasons, judicial efficiency and the interests of justice dictate that the initial case
5  management conference be continued to a date after December 8, 2020. Local Rules 7-12, 16-2 (e).

Dated: October 15, 2020          /s/ David S. Bloch
                                 JIAXING SUPER LIGHTING ELECTRIC
                                 APPLIANCE CO., LTD.
                                 David S. Bloch (SBN 184530)
                                 blochd@gtlaw.com
                                 GREENBERG TRAURIG, LLP
                                 Four Embarcadero Center, Suite 3000
                                 San Francisco, California 94111

                                 Kyle Chen (SBN 239501)
                                 kchen@gtlaw.com
                                 GREENBERG TRAURIG, LLP
                                 1900 University Avenue
                                 East Palo Alto, CA 94303


Dated: October 15, 2020          /s/ Steven W. Ritcheson
                                 Counsel for ARGO IMPORT EXPORT LTD.

                                 James F. McDonough, III
                                 jmcdonough@hgdlawfirm.com
                                 Heninger Garrison Davis, LLC
                                 3621 Vinings Slope, Suite 4320
                                 Atlanta, GA 30339

                                 Steven W. Ritcheson
                                 swritcheson@insightplc.com
                                 Insight, PLC
                                 578 Washington Blvd., #503
                                 Marina del Rey, CA 90292

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, David Bloch, hereby certify that the content of this document is acceptable to each counsel and that I obtained their authorization to affix their electronic signatures to this document.

Dated: October 15, 2020         /s/ David S. Bloch

David S. Bloch (SBN 184530)
blochd@gtlaw.com
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, California 94111

**ORDER**

PURSUANT TO STIPULATION, and for good cause shown, IT IS ORDERED THAT the Initial Case Management Conference in this matter is continued to December 17, 2020 at 10:00 am. Case Management Statement Due by December 10, 2020. All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation.

Richard Seeborg
United States District Judge

28